EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Armando F. Pietri Torres | 2019 TSPR 85 <br><br> 202 DPR ____ |

Número del Caso:  TS-11,646


Fecha: 6 de mayo de 2019


Abogado de la parte peticionaria:

     Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Armando F. Pietri Torres

TS-11,646

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de mayo de 2019.

Examinada la solicitud de reinstalación al ejercicio de la abogacía que nos presentó el Sr. Armando F. Pietri Torres el 22 de abril de 2019, se le reinstala al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo